#1152087 0584-20056

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FARRELL SCHEXNAYDER**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC** | CIVIL ACTION<br><br>NO. 2:15-cv-02192<br><br>JUDGE ELDON FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, L.L.C., who submits its Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Farrell Schexnayder
   134 Loupe Street
   Larose, LA 70373
   Testimony regarding the circumstances surrounding his alleged accident

2. Thorne Smither
   Testimony regarding circumstances surrounding plaintiff's alleged accident and knowledge of the M/V ELIE CHERAMIE

3. Donovan Bruce
   Testimony regarding circumstances surrounding plaintiff's alleged accident and knowledge of the M/V ELIE CHERAMIE

4. Terrence Lee
   15360 Highway 3235
   Cut Off, LA 70345
   Testimony regarding circumstances of plaintiff's alleged accident, and investigation of same

5. Blaine Russell
   15360 Highway 3235
   Cut Off, LA 70345
   Testimony regarding circumstances of plaintiff's alleged accident, and investigation of same

6. Representative of REC Marine
   15360 Highway 3235
   Cut Off, LA 70345
   Testimony regarding the employment of plaintiff, and the circumstances surrounding his alleged accident

7. Dr. Elizabeth Foret and/or another representative of Ochsner St. Anne Family Doctor Clinic
   111 Acadia Drive
   Raceland, LA 70394
   Testimony regarding the medical treatment of plaintiff

8. Linsey Daigle, NP
   106 Cypress Street
   Raceland, LA 70394
   Testimony regarding medical treatment of plaintiff

9. Dr. Rand Voorhies and/or another representative of Southern Brain & Spine
   4770 South I-10 Svc. Road West, Suite 110
   Metairie, LA 70001
   Testimony regarding the medical treatment of plaintiff

10. Dr. Thomas Lyons
    4921 Airline Drive
    Metairie, LA 70001
    Testimony regarding the medical treatment of plaintiff

11. Dr. Richard John Wakeman
    3600 Prytania Street; Suite 18
    New Orleans, LA 70115
    Testimony regarding the medical/psychological treatment of plaintiff

12. A representative of Blanchard Family Practice
    16913 Highway 3235
    Cutoff, LA 70345

13. A representative of Complete Occupational Health Services
    13554 Highway 3235
    Larose, LA 70373

14. Dr. Jenny L. LeBouef
    4608 LA Highway 1
    Raceland, LA 70394

15. A representative of Diagnostic Imaging Services
    4241 Veterans Blvd., Suite 201
    Metairie, LA 70006
    Testimony regarding the medical treatment of plaintiff

16. A representative of Walmart Pharmacy
    702 SW 8th Street
    Bentonville, AR 72716
    Testimony regarding the pharmacy records of plaintiff

17. A representative of Rite Aid Pharmacy
    P.O. Box 3165
    Harrisburg, PA 17105
    Testimony regarding the pharmacy records of plaintiff

18. Dr. Gabriel Tender
    3623 Canal Street, Second Floor
    New Orleans, LA 70119
    Testimony regarding the IME of plaintiff

19. Nancy Favaloro
    Seyler Favaloro Rehabilitation Counseling
    1615 Poydras Street, Suite 1040
    New Orleans, Louisiana 70112
    Testimony regarding plaintiff's employability and earnings prospects

20. Dr. Kenneth Boudreaux
    1424 Bordeaux Street
    New Orleans, Louisiana 70115
    Testimony regarding any economic damages sustained by plaintiff

21. Dr. Gary Yamaguchi
    2517 E. Rocky Slope Dr.
    Phoenix, AZ 85048
    Biomechanics/ergonomic expert

22. Captain Samuel Schropp
    143 South State Street
    Richmond, UT 84333
    Liability/Marine safety expert

23. Any witness listed by any other party

24. Any witness needed for rebuttal or impeachment

25. Any witness needed to authenticate any document at trial

REC Marine Logistics, LLC reserves the right to amend this Witness List as discovery is ongoing.

## EXHIBIT LIST

1. REC Marine Alleged Personnel Incident Report/Vessel Incident Report

2. REC Marine Accident Investigation Report

3. Vessel logs for the M/V ELIE CHERAMIE

4. Daily Master's Logs for the M/V ELIE CHERAMIE

5. Photographs of the M/V ELIE CHERAMIE and grating

6. Plaintiff's personnel file with REC Marine, including any and all medical history questionnaires completed by plaintiff in connection with his application for employment with REC Marine

7. Plaintiff's written statement

8. REC Marine Safety and Environmental Management System Manual

9. Any and all discovery propounded by any party along with all responses to said discovery

10. The deposition of any witness who is unavailable for trial

11. Medical and/or pharmacy records from the following:

    a. Dr. Elizabeth Foret
    b. Dr. Rand Voorhies
    c. Dr. Richard John Wakeman
    d. Ochsner Medical Center
    e. Complete Occupational Health Services
    f. Walmart Pharmacy
    g. Rite Aid Pharmacy
    h. Dr. Gabriel Tender
    i. Linsey Daigle, NP
    j. Blanchard Family Practice
    k. Dr. Thomas Lyons

12. The CV and expert report of Dr. Gabriel Tender

13. The CV and expert report of Nancy Favaloro, MS, CRC, LPC (Licensed Rehabilitation Counselor)

14. The CV and expert report of Kenneth Boudreaux, Ph.D. (Economist)

15. The CV and expert report of Dr. Gary Yamaguchi

16. The CV and expert report of Captain Samuel Schropp

17. Plaintiff's payroll records with REC Marine

18. Plaintiff's IRS and Social Security Earnings records

19. Plaintiff's records from the U.S. Coast Guard

20. Plaintiff's prior employment records

21. Any document identified through further discovery

22. Any document listed by any other party

23. Any document needed for rebuttal or impeachment

REC Marine Logistics, LLC reserves the right to amend this Exhibit List as discovery is ongoing.

Respectfully submitted,

*/s/ Salvador J. Pusateri*
SALVADOR J. PUSATERI (#21036)
KYLE A. KHOURY (#33216)
PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pbgglaw.com
Kyle.Khoury@pbgglaw.com
Attorneys for REC Marine Logistics, LLC

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of March, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Salvador J. Pusateri